UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

CJ Products LLC

                                                Plaintiff,

v.
                                                        Case No.:
1:22−cv−00515

Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 1, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's ex parte motion for entry of a temporary restraining order, asset restraining order, expedited discovery order, and service of process by email [9], motion to exceed page limitation [12], and motion to temporary seal documents [13] are granted. Enter Sealed Temporary Restraining Order. Telephonic status hearing set for 2/15/22 at 9:30am. Counsel shall call 866−434−5269; access code 3751971. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.