IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CJ Products LLC | ) |
| | ) Case No. 22-cv-515 |
| v. | ) |
| | ) Judge: Hon. Mary M. Rowland |
| THE PARTNERSHIPS and | ) |
| UNINCORPORATED ASSOCIATIONS | ) Magistrate: Hon. Jeffrey T., Gilbert |
| IDENTIFIED ON SCHEDULE "A" | ) |
| | ) |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff, Carve Design, LLC, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 57 | Auspicious beginning | A16TEKHYMQN0OU |
| 63 | morningladder@163.com | A1A1NIZU4P1QRD |
| 65 | frigidssm | A1B32GPWHRKECL |
| 76 | HAPPSAN | A1MBGUBAZVKHJ7 |
| 79 | Lucky Carota | A1R3FXQIZ8OO0X |
| 95 | ANTXIYI | A24U6MTQ3P12RM |
| 122 | Fululuer | A2LX6RLDKO96ZG |
| 124 | HaoMeiHotMail | A2NNO0Q9T9I34Z |
| 130 | HuaGeTe | A2TSZ1WDBCDSTM |
| 131 | FUNMOME | A2U100VH513U3L |

Dated: March 8, 2022

Respectfully submitted,

By:   s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen

805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com